UNITED STATES of America,
Plaintiff—Appellee,

v.

Michael P. HOLLINS, Defendant—
Appellant.

No. 07–10593.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 8, 2008.*

Filed Sept. 16, 2008.

George L. Bevan, Jr., Esquire, Wade Maxwell Rhyne, Esquire, Office of the U.S. Attorney, Oakland, CA, Barbara J. Valliere, Esq., Office of the U.S. Attorney, San Francisco, CA, for Plaintiff–Appellee.

Mark Stuart Goldrosen, Esq., Law Office of Mark Goldrosen, San Francisco, CA, Michael P. Hollins, FCI–Dublin, Dublin, CA, for Defendant–Appellant.

Before: TASHIMA, SILVERMAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Michael P. Hollins appeals from the 37–month sentence imposed following revocation of supervised release. We have juris-diction pursuant to 28 U.S.C. § 1291, and we affirm.

Hollins contends that the district court erred by sentencing him to a term greater than 24 months because his underlying conviction for felon in possession of a firearm is a Class C felony. This contention fails because, pursuant to 18 U.S.C. § 924(e), Hollins's underlying offense was punishable by life imprisonment, and is therefore a Class A felony. *See* 18 U.S.C. § 3559(a); *see also United States v. Bland,* 961 F.2d 123, 128 (9th Cir.1992).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

